**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :       23 CR. 217 (RMB)
                                         :
    - against -                        :       **ORDER**
                                         :
JOSE ORTIZ,                              :
                                         :
                Defendant.      :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, October 10, 2023 at 1:00 P.M. will take place in Courtroom 17B.

Dated: October 4, 2023
      New York, NY

                                                    RICHARD M. BERMAN
                                                            U.S.D.J.