# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2023

**BY ECF**
Hon. Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: **United States v. Jose Ortiz**
        23-Cr-217 (RMB)

Dear Judge Berman:

     I represent defendant Jose Ortiz in the above-captioned case. I write to request an adjournment of the upcoming motion schedule in this matter.

     Currently, the defense's Rule 12 motions are due on November 27, 2023; the government's responses are due December 13, 2023; and the defense's replies are due December 20, 2023. Oral argument is scheduled for December 21, 2023.

     A change of plea hearing has been scheduled in this matter. That hearing will take place in Magistrate Court on November 27, 2023, the same day the defense's Rule 12 motions are due. We therefore request that the Court adjourn the motion schedule in this matter pending the outcome of the change of plea hearing.

     I have conferred with the government, which does not object to this request.

Application granted.

SO ORDERED:
Date: 11/17/23
Richard M. Berman, U.S.D.J.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Madison Smyser