**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JOSE ORTIZ,

                Defendant.
------------------------------------------------------------X

**ORDER**

23 Cr 217 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/23

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 27, 2023;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that JOSE ORTIZ's guilty plea is accepted.

      IT IS FURTHER ORDERED that the sentence will be held on Tuesday, March 12, 2024 at 12:00 noon. Defense sentencing submission shall be filed by February 26, 2024. Government sentencing submission shall be filed by March 4, 2024.

Dated: New York, New York
         December 18, 2023

                                             **RICHARD M. BERMAN, U.S.D.J.**