**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                               :
                Government,       :        23 CR. 217 (RMB)
                                               :
     - against -                          :        **ORDER**
                                               :
                                               :
JOSE ORTIZ,                                        :
                                               :
                Defendant.        :
-----------------------------------------------------------------x


The sentencing scheduled for Tuesday, March 12, 2024 at 12:00 P.M. will take place in Courtroom 17B.


Dated: March 7, 2024
      New York, NY


_____
          RICHARD M. BERMAN
             U.S.D.J.