**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
**(Response to Mandate)**

Government,

-v-

JOSE ORTIZ,                                                    23 Cr. 217 (RMB)

Defendant.
-----------------------------------------------------------X

Having reviewed the record, including among other things, the Second Circuit Court of

Appeals Summary Order, *United States v. Ortiz*, No. 24-516-cr, 2025 WL 1350232 (2d Cir. May

9, 2025) (ECF No. 46), the Government's Letter, dated June 13, 2025 (ECF No. 44), the Defense

Letter dated June 20, 2025 (ECF No. 45), the Presentence Investigation Report, dated Feb.16, 2024

(ECF No. 25), and counsel's presentence submissions, dated February 26, 2024 and March 4,

2024, the Court hereby vacates the special condition requiring weekly therapeutic individual

counseling and weekly therapeutic group counseling.

Dated: New York, New York
       October 15, 2025



RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/25